UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

In Re: Chapter 13

Case No. 18-46704

WANDA DOBBINS

Debtor(s)
--------------------------------------------------------X

**LOSS MITIGATION REQUEST - BY DEBTOR**

I am a Debtor in this case. I hereby request to enter into the Loss Mitigation Program with respect to ***[Identify the property, loan and creditor(s) for which you are requesting loss mitigation]*:**

45 Anderson Avenue, Staten Island, NY 10302
***[Identify the Property]***

7481
***[Last 4 Digits of Loan Number]***

Select Portfolio Sevicing, Inc. P.O. Box 65250 Salt Lake City, UT 84165
***[Creditor's Name and Address]***

**SIGNATURE**

I understand that if the Court orders loss mitigation in this case, I will be expected to comply with the Loss Mitigation Procedures. I agree to comply with the Loss Mitigation Procedures, and I will participate in the Loss Mitigation Program in good faith. I understand that loss mitigation is voluntary for all parties, and that I am not required to enter into any agreement or settlement with any other party as part of entry into the Loss Mitigation Program. I also understand that no other party is required to enter into any agreement or settlement with me. I understand that **I am not required to request dismissal of this case** as part of any resolution or settlement that is offered or agreed to during the Loss Mitigation Period.

Sign: [signature] Date: February 8, 2019

Print Name: Wanda Dobbins
***[First and Last Name]***

Telephone Number: ____________
***[i.e. 999-999-9999]***

E-mail Address [if any]: ____________