UNITED STATES BANKRUPTCY COURT        Hrg. Date: Sept. 10, 2019
EASTERN DISTRICT OF NEW YORK          Time: 9:30 a.m
---------------------------------------------------------X
In re

WANDA DOBBINS,                                    Case No.  18-46704-ess

                      Debtor.
---------------------------------------------------------X        Chapter 11

### NOTICE OF HEARING ON THE MOTION OF ORTIZ & ORTIZ, L.L.P., PURSUANT TO LOCAL RULE 2090-1, TO WITHDRAW AS DEBTOR'S COUNSEL

      **PLEASE TAKE NOTICE**, that upon the annexed Motion dated August 14, 2019 (the "Motion"), of Ortiz & Ortiz LLP (the "O & O") the undersigned will move before the Honorable Elizabeth S. Stong, United States Bankruptcy Judge, in the United States Bankruptcy Court of the Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, New York 11201, on the **10ST day of September 2019 (the "Hearing Date"), at 9:30 a.m.**, or as soon thereafter as counsel may be heard, for the entry of an order pursuant to Local Bankr. Rule 2090-1 to permit O & O to withdraw as the above-captioned Debtor's counsel.  O & O may request such other and further relief as is just and equitable at the hearing.

      **PLEASE TAKE FURTHER NOTICE**, that you need not appear at the aforesaid hearing if you do not object to the relief requested in the Motion.

      **PLEASE TAKE FURTHER NOTICE**, that any response to the Motion must (a) be in writing and (b) must be filed with the Clerk of the Bankruptcy Court electronically at www.nyeb.uscourts.gov.  If you do not have the ability to file a response electronically, the response may be filed with the Clerk of the Court by presenting the Clerk with a copy of the response by **seven (7) days prior to the Hearing Date**.  A copy of the response must be provided to (a) the Chambers of the Honorable Elizabeth S. Stong and (b) Ortiz & Ortiz, L.L.P., 32-72 Steinway Street, Ste. 402, Astoria, New York 11103, so as to be received no later than **seven (7) days** before the hearing.  The response must comply with the Bankruptcy Rules and the local rules of the Court and must state with particularity the legal and factual bases for the response.

Dated: Astoria, New York
        August 14, 2019

                                                     /s/Norma E. Ortiz
                                                   Norma E. Ortiz
                                                   Ortiz & Ortiz, L.L.P.
                                                   32-72 Steinway Street, Ste. 402
                                                   Astoria, New York 11103
                                                   Tel. (718) 522-1117
                                                   *Pro Se*